■ JOHN HEENAN et al., Plaintiffs, v TUNG SHING PROPERTIES, INC., et al., Defendants. (And a Third-Party Action.) YORK/HUNTER, INC., Fourth-Party Plaintiff-Respondent, v BETHLEHEM CONTRACTING COMPANY, Fourth-Party Defendant-Respondent, and AMERICAN STAIR CORPORATION, INC., et al., Fourth-Party Defendants-Appellants. [650 NYS2d 530] —Order, Supreme Court, New York County (William Davis, J.), entered February 1, 1996, unanimously affirmed for the reasons stated by Davis, J., with costs and disbursements. No opinion. Concur—Sullivan, J. P., Rosenberger, Rubin, Kupferman and Williams, JJ.